IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00127-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. ABDUL QAYYUM,
2. CHRIS MARIE WARREN, a/k/a Christie Warren
3. HAROON RASHID,
4. SAIMA SAIMA,
5. **IRFAN KAMRAN,**
6. SAJJAD NASSER, and
7. IMRAN KHAN,

Defendants.

---

### ORDER GRANTING DEFENDANT KAMRAN'S EMERGENCY APPLICATION FOR MATERIAL WITNESS WARRANT AND ORDER OF DETENTION

---

This matter having come before the Court on Defendant Kamran's Emergency Application for Material Witness Warrant and Order of Detention to secure the presence of Haroon Rashid, in accordance with the provisions of Title 18, United States Code, § 3144, and it appearing that the testimony of said witness is material in this criminal proceeding, and that it may become impracticable to secure the presence of said witness by subpoena, it is hereby

ORDERED that Defendant's Application is GRANTED. Accordingly, a warrant shall be issued securing the presence of Haroon Rashid as a material witness in this proceeding.

DONE this 16th day of November, 2006.

*Michael E Hegarty*
DISTRICT COURT JUDGE
U.S. DISTRICT COURT
DISTRICT OF COLORADO