# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
|---|---|
| v. | CASE NUMBER:  03-cr-00127-LTB-05 |
| IRFAN KAMRAN | Donald R. Knight<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Pleaded guilty to count one of the Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1028(a)(6) and (b)(6) | Possession of a Stolen Identification Document | 02/03/03 | One |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 28, 2006
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judicial Officer

Lewis T. Babcock, Chief U.S. District Judge
Name & Title of Judicial Officer

December 5, 2006
Date

DEFENDANT: IRFAN KAMRAN
CASE NUMBER: 03-cr-00127-LTB-05                                             Judgment-Page 2 of 4

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of time served.

## RETURN

I have executed this judgment as follows:

     Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  IRFAN KAMRAN
CASE NUMBER:  03-cr-00127-LTB-05                                                                          Judgment-Page 3 of 4

## MONETARY OBLIGATIONS

     The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| One | $10.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | $0.00 | $0.00 | $0.00 |

DEFENDANT:  IRFAN KAMRAN
CASE NUMBER:  03-cr-00127-LTB-05                                                              Judgment-Page 4 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The special assessment fee is due immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment.